# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C.A. No. 26-2776 |
| | ) | D.C. No. 2:25-cr-00656-AB |
| Plaintiff-Appellant, | ) | (Central Dist. Cal.) |
| | ) | |
| v. | ) | |
| | ) | **GOVERNMENT'S** |
| ERIN ESCOBAR, | ) | **UNOPPOSED MOTION TO** |
| | ) | **DISMISS APPEAL** |
| Defendant-Appellee. | ) | **VOLUNTARILY;** |
| | ) | **DECLARATION OF** |
| | ) | **ALEXANDER P. ROBBINS** |

Plaintiff-Appellant United States of America, by and through its counsel of record hereby moves to voluntarily dismiss its appeal from the district court's dismissal order.

///

///

The motion is made pursuant to Federal Rule of Appellate Procedure 42(b) and is based on the files and records in this case and the attached declaration of Alexander P. Robbins. Defendant does not oppose this motion.

Defendant is not in custody. The court reporter is not in default with respect to any designated transcript.

DATED: May 14, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

*s/ Alexander P. Robbins*

ALEXANDER P. ROBBINS
Assistant United States Attorney
Deputy Chief, Criminal Appeals Section

Attorneys for Plaintiff-Appellant
UNITED STATES OF AMERICA

ii

# DECLARATION OF ALEXANDER P. ROBBINS

I, Alexander P. Robbins, hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California and deputy chief of my office's Criminal Appeals Section. I am counsel for the government in this case.

2. On April 2, 2026, the district court issued a dismissal order. The government filed a timely notice of appeal on April 30, 2026.

3. I conferred with counsel for defendant, Deputy Federal Public Defender James Flynn. Defendant does not oppose this motion.

4. Defendant is not in custody. No court reporter is in default with respect to any designated transcript.

I declare under penalty of perjury that the foregoing is true and correct. EXECUTED this 14th day of May 2026, in Los Angeles County, California.

*s/ Alexander P. Robbins*

ALEXANDER P. ROBBINS
Assistant United States Attorney