UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 3 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>ERIN PETRA ESCOBAR,<br><br>    Defendant - Appellee. | No. 26-2776<br><br>D.C. No.<br>2:25-cr-00656-AB<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The motion (Docket Entry No. 7) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT